JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chinweike Okonkwo,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Nationstar Mortgage LLC, et al,<br><br>　　　　Defendant(s). | SACV 18-01995JVS(KESx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

　　　The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

　　　IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 90 days</u>, to reopen the action if settlement is not consummated.

DATED: 10/22/19

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　　　　　United States District Judge